UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FRED CHRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV00201 AGF |
| | ) | |
| COMMERCE BANK N.A., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's second motion (Doc. No. 53) for appointment of counsel. Upon review of the record, the Court finds that circumstances have not changed since Plaintiff's first motion for appointment of counsel was denied. (*See* Doc. No. 15.) In connection with this motion, the Court also notes that Plaintiff's first amended complaint makes allegations of serious discriminatory conduct, including red-lining. Under Federal Rule of Civil Procedure 11(b), by presenting a pleading to the Court, an attorney or *an unrepresented party* is effectively certifying to the Court that the allegations, to the best of the party's knowledge, information, and belief, formed after reasonable inquiry, have sufficient legal and factual bases. Fed. R. Civ. P. 11(b)(2)-(3). Thus far, Plaintiff has provided little basis for his allegations.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's second motion for appointment of counsel is **DENIED without prejudice** for the same reasons his previous motion for

appointment of counsel was denied. (Doc. No. 53.)

**IT IS FURTHER ORDERED** that Plaintiff shall have until **August 4, 2014** to file a response to Defendants' motion to dismiss (Doc. No. 50).

**IT IS FURTHER ORDERED** that the Court shall, by separate order, grant Plaintiff's motion for appointment of counsel for the limited purpose of providing legal advice and representing Plaintiff during the course of mediation. (Doc. No. 43.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 28th day of July, 2014